# **EXHIBIT B**

X-RAY IMAGE SHOWING FRACTURES TO PLAINTIFF'S RIBS AS A RESULT OF INJURIES INFLICTED BY DEFENDANTS ON MAY 25, 2018

