# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| **ELDRIDGE ROOSEVELT MEEKS, III,**  *Plaintiff* | ) ) ) |
| v. | ) )   CASE NO. 4:20-cv-00029-JLK |
| **THE CITY OF DANVILLE** | ) ) |
| and | ) ) |
| **JACOB AMOS, LARRY DWAYNE LAND, JOHN PULLEY, JONATHAN EPPS, TODD HAWKINS and WILLIAM SHIVELY,** *in their individual capacities* | ) ) ) ) ) |
| and | ) ) |
| **JOHN DOES 1-10,** *Defendants.* | ) ) |

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' PLEA IN BAR

COMES NOW the Plaintiff, by counsel, and moves this Court to strike the Defendants' Plea in Bar (Dkt. 8). In support of his motion, the Plaintiff asserts that a Plea in Bar is not permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

**ELDRIDGE ROOSEVELT MEEKS, III**
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
7601 Timberlake Road
Lynchburg, Virginia 24502
P (434) 845-4529
F (434) 845-8536

By: **/s/ M. Paul Valois**
   **M. Paul Valois, Esquire**
   **Counsel for Plaintiff**
   **Virginia State Bar No. 72326**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2020, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to:

   James A. L. Daniel, Esquire
   Martha White Medley, Esquire
   Michael A. Nicholas, Esquire
   Panagiotis C. Kostopanagiotis, Esquire
   DANIEL, MEDLEY & KIRBY, P.C.
   P.O. Box 14125
   Roanoke, Virginia 24038
   P:  (540) 983-7600
   F:  (540) 983-7711
   jdaniels@dmklawfirm.com
   mmedley@dmklawfirm.com
   mnicholas@dmklawfirm.com
   pck@dmklawfirm.com

   Counsel for Defendants

                                                           /s/   M. Paul Valois