IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **ELDRIDGE ROOSEVELT MEEKS, III,**         ) | |
| *Plaintiff*         ) | |
|          ) | |
| v.         ) | CASE NO. 4:20-cv-00029-JLK |
|          ) | |
| **THE CITY OF DANVILLE**         ) | |
|          ) | |
| and         ) | |
|          ) | |
| **JACOB AMOS, LARRY DWAYNE LAND,**         ) | |
| **JOHN PULLEY, JONATHAN EPPS,**         ) | |
| **TODD HAWKINS and WILLIAM SHIVELY,**         ) | |
| *in their individual capacities*         ) | |
|          ) | |
| and         ) | |
|          ) | |
| **JOHN DOES 1-10,**         ) | |
| *Defendants*.         ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' PLEA IN BAR

COMES NOW the Plaintiff, by counsel, in support of Plaintiff's Motion to Strike Defendants' Plea in Bar to-wit:

### THE FEDERAL RULES OF CIVIL PROCEDURE DO PERMIT THE FILING OF A PLEA IN BAR

F.R.C.P Rule 7(a) limits the filing of pleadings. Absent leave of court, only complaints and answers are permitted. All other requests for court orders must be made by motion. Consequently, the Defendants' Plea in Bar (Dkt. 8) is an impermissible pleading and must be stricken. Notwithstanding his Motion, the Plaintiff will file a Memorandum in Opposition to the Plea in Bar as if it were a Rule 12(b)(6) motion.

## CONCLUSION

WHEREFORE the Plaintiff moves this Court to strike the Defendants' Plea in Bar.

Respectfully submitted,

**ELDRIDGE ROOSEVELT MEEKS, III**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By: /s/ M. Paul Valois**
   **M. Paul Valois, Esquire**
   **Counsel for Plaintiff**
   **Virginia State Bar No. 72326**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2020, I electronically filed the foregoing Memorandum with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to:

   James A. L. Daniel, Esquire
   Martha White Medley, Esquire
   Michael A. Nicholas, Esquire
   Panagiotis C. Kostopanagiotis, Esquire
   DANIEL, MEDLEY & KIRBY, P.C.
   P.O. Box 14125
   Roanoke, Virginia 24038
   P:  (540) 983-7600
   F:  (540) 983-7711
   jdaniels@dmklawfirm.com
   mmedley@dmklawfirm.com
   mnicholas@dmklawfirm.com
   pck@dmklawfirm.com

Counsel for Defendants

/s/   M. Paul Valois