IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **ELDRIDGE ROOSEVELT MEEKS, III,**  *Plaintiff* | ) ) ) |
| v. | ) CASE NO. 4:20-cv-00029 ) |
| **THE CITY OF DANVILLE**, *et al*,  *Defendants*. | ) ) ) |

**PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENA TO ADDICTION SPECIALTY TREATMENT PRACTICE GENERAL PRACTICE**

COMES NOW the Plaintiff, Eldridge Roosevelt Meeks, III, by counsel, pursuant to the Rule30(d)(2) and moves this Court, pursuant to Rule 45(d)(3), to quash the subpoena issued by the Defendants to Addiction Specialty Treatment Center General Practice for the reasons stated in the accompanying Memorandum in Support of this motion.

Respectfully submitted,

**ELDRIDGE ROOSEVELT MEEKS, III**
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**


By: **/s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiff**
    **Virginia State Bar No. 72326**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of May, 2021, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to:

James A. L. Daniel, Esquire
Martha White Medley, Esquire
Michael A. Nicholas, Esquire
Panagiotis C. Kostopanagiotis, Esquire
DANIEL, MEDLEY & KIRBY, P.C.
P.O. Box 14125
Roanoke, Virginia 24038
P:  (540) 983-7600
F:  (540) 983-7711
jdaniels@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com
pck@dmklawfirm.com

Counsel for Defendants