## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

**ELDRIDGE ROOSEVELT MEEKS, III,**

    Plaintiff,

**v.**                                                              Civil Action No. 4:20-cv-00029

**THE CITY OF DANVILLE**

**and**

**JACOB AMOS, LARRY DWAYNE LAND,
JOHN PULLEY, JONATHAN EPPS,
TODD HAWKINS AND WILLIAM SHIVELY,**

    in their individual capacities,

**and**

**JOHN DOES 1 – 10,**

    Defendants.

## DEFENDANTS' CERTIFICATE OF SERVICE OF SUPPLEMENTAL EXPERT DISCLOSURE

James A. L. Daniel, the undersigned, hereby certifies that he served counsel for the Plaintiff with Rule 26(a)(2)(B) and Rule 35 supplemental disclosure with regard to Robert S. Brown, Jr., M.D. on this 12th day of May, 2021.

DANIEL, MEDLEY & KIRBY, P.C.
LAW OFFICES
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543

                        CITY OF DANVILLE

                        JACOB AMOS

                        LARRY DWAYNE LAND

                        JOHN PULLEY

                        JONATHAN EPPS

                        TODD HAWKINS

                        WILLIAM SHIVELY

                        and

                        JOHN DOES 1-10

                        By Counsel

Counsel:

/s/ *James A. L. Daniel*
James A. L. Daniel, Esq. (VSB No. 03881)
Martha White Medley, Esq. (VSB No. 21171)
Michael A. Nicholas, Esq. (VSB No. 80749)
Panagiotis C. Kostopanagiotis, Esq. (VSB No. 94215)
Katerina S. Holland, Esq. (VSB No. 91073)
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Telephone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com
pck@dmklawfirm.com
kholland@dmklawfirm.com
*Counsel for Defendants*

## CERTIFICATE OF COUNSEL

I hereby certify that on this 12th day of May, 2021, I electronically filed the foregoing Defendants' Certificate of Service of Supplemental Expert Disclosure with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, M. Paul Valois, Esq., James River Legal Associates, 7601 Timberlake Road, Lynchburg, Virginia 24502.

/s/ *James A. L. Daniel*

DANIEL, MEDLEY & KIRBY, P.C.
LAW OFFICES
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543