IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ELDRIDGE ROOSEVELT MEEKS, III,

    Plaintiff,

v.                                Civil Action No. 4:20-cv-00029

THE CITY OF DANVILLE

**and**

JACOB AMOS, LARRY DWAYNE LAND,
JOHN PULLEY, JONATHAN EPPS,
TODD HAWKINS AND WILLIAM SHIVELY,

    in their individual capacities,

**and**

**JOHN DOES 1 – 10,**

    Defendants.

## DEFENDANT'S CERTIFICATE OF DISCOVERY

COMES NOW DEFENDANT, The City of Danville, by counsel, and certifies that on the 13th day of May, 2021, a true and correct copy of Defendant, The City of Danville's, Supplemental Discovery Response was sent via electronic and regular mail to counsel for Plaintiff, M. Paul Valois, Esq., James River Legal Associates, 7601 Timberlake Road, Lynchburg, Virginia 24502.

                                                    CITY OF DANVILLE

                                                    By Counsel

DANIEL, MEDLEY & KIRBY, P.C.
LAW OFFICES
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543

Counsel:

/s/ *James A. L. Daniel*
James A. L. Daniel, Esq. (VSB No. 03881)
Martha White Medley, Esq. (VSB No. 21171)
Michael A. Nicholas, Esq. (VSB No. 80749)
Katerina Holland, Esq. (VSB No. 91073)
Panagiotis C. Kostopanagiotis, Esq. (VSB No. 94215)
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Telephone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com
kholland@dmklawfirm.com
pck@dmklawfirm.com
*Counsel for Defendants*

/s/ *James A. L. Daniel*