**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| **ELDRIDGE ROOSEVELT MEEKS, III,** | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:20-cv-00029** |
| | ) | |
| **THE CITY OF DANVILLE,** *et al*, | ) | |
|    *Defendants*. | ) | |

**PLAINTIFF'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF**
**ROBERT S. BROWN, JR. MD**

COMES NOW the Plaintiff, Eldridge Roosevelt Meeks, III, by counsel, pursuant to Rule

26 and moves this Court to exclude certain testimony of Robert S. Brown, Jr., MD, for the reason

stated in the accompanying Memorandum in Support of this Motion.

Respectfully submitted,

**ELDRIDGE ROOSEVELT MEEKS, III**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By:** **/s/ M. Paul Valois**
   **M. Paul Valois, Esquire**
   **Counsel for Plaintiff**
   **Virginia State Bar No. 72326**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2021, I electronically filed the foregoing Motiuon with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to:

James A. L. Daniel, Esquire
Martha White Medley, Esquire
Michael A. Nicholas, Esquire
Panagiotis C. Kostopanagiotis, Esquire
DANIEL, MEDLEY & KIRBY, P.C.
P.O. Box 14125
Roanoke, Virginia 24038
P: (540) 983-7600
F: (540) 983-7711
jdaniels@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com
pck@dmklawfirm.com

Counsel for Defendants