IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **ELDRIDGE ROOSEVELT MEEKS, III,**   )<br>    *Plaintiff*   )<br>   )<br>v.   )<br>   )<br>**THE CITY OF DANVILLE,** *et al*,   )<br>    *Defendants*.   )   | **CASE NO. 4:20-cv-00029** |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION EXCLUDE THE TESTIMONY OF ROBERT S. BROWN, JR. MD**

COMES NOW the Plaintiff, Eldridge Roosevelt Meeks, III ("Mr. Meeks"), by counsel, to tender this Memorandum in Support of the accompanying Motion to Exclude the Testimony of Robert S. Brown, Jr. MD, to-wit

Long after the deadlines for witness disclosures and well past the discovery cutoff, the Defendants communicated their intent to call Robert S. Brown, Jr. MD as an expert witness. Mr. Meeks agreed to be evaluated by Dr. Brown under specifically agreed conditions regarding the methods and scope of the evaluation and the provision of a report that complied with Rule 35, but he never agreed to Dr. Brown's testimony. Furthermore Dr. Brown's evaluation and report exceeded the scope and limitation of the agreement.

For all these reasons, the Plaintiff moves this Court to prohibit Dr. Brown from testifying at trial.

Respectfully submitted,

**ELDRIDGE ROOSEVELT MEEKS, III**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By: /s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiff**
    **Virginia State Bar No. 72326**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2021, I electronically filed the foregoing Memorandum with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to:

    James A. L. Daniel, Esquire
    Martha White Medley, Esquire
    Michael A. Nicholas, Esquire
    Panagiotis C. Kostopanagiotis, Esquire
    DANIEL, MEDLEY & KIRBY, P.C.
    P.O. Box 14125
    Roanoke, Virginia 24038
    P:  (540) 983-7600
    F:  (540) 983-7711
    jdaniels@dmklawfirm.com
    mmedley@dmklawfirm.com
    mnicholas@dmklawfirm.com
    pck@dmklawfirm.com

    Counsel for Defendants