CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 09 2021

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ELDRIDGE ROOSEVELT MEEKS, III, <br>     Plaintiff, <br><br> v. <br><br> THE CITY OF DANVILLE, <br>     Defendant. | Civil Action No. 4:20-cv-00029 <br><br> By:   Michael F. Urbanski <br> Chief United States District Judge |

## ORDER

This matter is before the court on the parties' joint stipulation of dismissal of all counts and claims against the City of Danville.[1] ECF No. 95. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Eldridge Roosevelt Meeks's lawsuit against the City of Danville, is hereby **DISMISSED** and this matter is **STRICKEN** from the court's active docket.

It is so **ORDERED**.

Entered: July 9, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.07.09 15:43:51 -04'00'

Michael F. Urbanski
Chief United States District Judge

---

[1] The court previously dismissed defendants Jacob Amos, Larry Dwayne Land, John Pulley, Jonathan Epps, Todd Hawkins, William Shively, and John Does 1-10 pursuant to a prior stipulation of dismissal. ECF No. 94.